### In re HAGGERTY'S WILL.

(Supreme Court, Appellate Division, Second Department.　January 26, 1912.)

APPEAL AND ERROR (§ 799*)—MOTION TO DISMISS APPEAL—OPPOSING AFFIDA-
　　VITS—SUFFICIENCY.

　　On motion to dismiss an appeal for want of prosecution or other neg-
lect, a party contesting the motion, in addition to affidavits stating facts
excusing the delay, must also submit affidavits stating concisely the facts
out of which the controversy arose, the questions of law and fact in-
volved, and showing that the appeal is meritorious, under the express
provisions of the Supreme Court rule adopted October 4, 1910.

　　[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3158–
3160; Dec. Dig. § 799.*]

In the matter of the probate of the last will and testament of El-
len Haggerty.　On motion to dismiss appeal.　Motion held for further
proceedings.

Argued before JENKS, P. J., and BURR, THOMAS, CARR, and
WOODWARD, JJ.

Charles A. Webber, for the motion.
Edward T. Curran, opposed.

PER CURIAM.　This is a motion by the respondent to dismiss the
appeal for lack of prosecution thereof.　The affidavits in opposition
are silent with respect to the special rule adopted by this court on
October 4, 1910.　Inasmuch as there are frequent violations thereof,
we think it advisable to call the attention of the bar in this formal
way to the rule, which is as follows:

　"When a motion is made to dismiss an appeal for want of prosecution or
other neglect, the party desiring to oppose such a motion, in addition to affi-
davits stating facts excusing the delay, must also submit affidavits stating
concisely the facts out of which the controversy arose and the questions of
law and fact involved in the said appeal, and showing that the appeal is a
meritorious one."

This motion will be held for five days, so as to afford opportunity
to the appellant to submit such further papers as may be deemed
advisable.　But the action of the court in this instance is not to be
regarded as a precedent.　All concur.